Decided March 2, 2006

---

DONALD M. LONGLEY ET AL. *v.* STATE EMPLOYEES RETIREMENT COMMISSION

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 712 (AC 26186), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, in the calculation of retirement income, pursuant to the State Employees Retirement Act, accrued vacation time and longevity payments should be counted as additions to 'base salary'?"

The Supreme Court docket number is SC 17617.

*Daniel J. Klau, Richard F. Wareing* and *Joseph J. Chambers,* in support of the petition.

*Donald M. Longley,* pro se, and *Richard K. Greenberg,* pro se, in opposition.

Decided March 2, 2006